UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

| | |
|---|---|
| Christopher M. Wolpert<br>Clerk of Court | Jane K. Castro<br>Chief Deputy Clerk |

August 19, 2021

Mr. Jeffrey A. Chanay
Office of the Attorney General for the State of Kansas
120 SW 10th Street, 2nd Floor
Topeka, KS 66612

Mr. David R. Cooper
Fisher Patterson Sayler & Smith
3550 SW Fifth Street
Topeka, KS 66606

Mr. Mark S. Gunnison
Payne & Jones, Chartered
11000 King Street
Overland Park, KS 66210-0000

Mr. Christopher C. Halbert
Halbert Law
112 South 7th Street
P.O. Box 183
Hiawatha, KS 66434

Mr. Tyler Heffron
Triplett, Woolf & Garretson
2959 North Rock Road, Suite 300
Wichita, KS 67226

Mr. Brant M. Laue
Office of the Attorney General for the State of Kansas
120 SW 10th Street, 2nd Floor
Topeka, KS 66612

Mr. Stephen D. McGiffert
Payne & Jones, Chartered
11000 King Street
Overland Park, KS 66210-0000

Mr. Stephen Phillips
Office of the Attorney General for the State of Kansas
120 SW 10th Street, 2nd Floor
Topeka, KS 66612

Mr. Christopher J. Sherman
Payne & Jones, Chartered
11000 King Street
Overland Park, KS 66210-0000

Mr. James A. Walker
Triplett, Woolf & Garretson
2959 North Rock Road, Suite 300
Wichita, KS 67226

Ms. Anna E. Wolf
Payne & Jones, Chartered
11000 King Street
Overland Park, KS 66210-0000

**RE:    21-3097, State of Kansas ex rel Schmidt, et al v. U.S. Department of Interior, et al**
Dist/Ag docket: 2:20-CV-02386-HLT-GEB

Dear Counsel:

The appendix received in the subject case does not comply with the form requirements of 10th Cir. R. 30.1(D) (note that all form requirements also apply to supplemental appendices). Specifically:

- The appendix does not contain a table of contents. *See* 10th Cir. R. 30.1(D)(1).
- Each volume of the appendix must contain a table of contents. *See* 10th Cir. R. 30.1(D)(1).
- Each volume of the appendix must have a cover page. *See* 10th Cir. R. 30.1(D)(1).
- The volumes of the appendix appear to be broken into "parts." The court considers each "part" to be a separate volume which must comply with the bullet points above. The clerk attempted to correct the first filing of the appendix (volumes 1 and 2 and their "parts"), but will not correct all the filings.
- When the appendix is refiled, the entire appendix should be docketed as a single filing.

You must file a proper electronic appendix within three days of the date of this notice. Do not file paper copies of your appendix and brief until the court has received the corrected electronic appendix and issued notice it is compliant.

The brief that was submitted with the appendix is acceptable for filing and will be filed upon receipt of the corrected appendix. However, if the corrections made to the appendix affect citations in the brief, a revised brief with corrected appendix citations will need to be submitted.

The time to file a response brief will run from the date of service of the corrected appendix.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

CMW/klp