No. 21-3097

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

STATE OF KANSAS, *ex rel.* Derek Schmidt, et al.,
*Plaintiffs-Appellants,*

v.

UNITED STATES DEPARTMENT OF INTERIOR, et al.,
*Defendants-Appellees.*

On Appeal from the United States District Court for the District of Kansas
No. 2:20-cv-02386-HLT-GEB

## APPELLANTS JOINT MOTION TO FILE CORRECTED OPENING BRIEF OR IN THE ALTERNATIVE AN ERRATA SHEET OF CORRECTIONS

COME NOW Appellants, by and through their respective counsel, and jointly move the Court for its Order allowing them to file a corrected Opening Brief or, in the alternative, an Errata Sheet with their upcoming Reply Brief, to correct certain citation references to in their Opening Brief to the appendices and addendum filed in this action.

In support of their Motion, the Appellants state:

1. Appellants originally filed their Opening Brief on August 18, 2021. Due to the size of the Appendices, Appellants had to adjust and modify the

volumes to be filed. Appellants Opening Brief and adjusted Appendices were filed on August 20, 2021.

2.   Appellees' Reply Brief was originally due on September 20, 2021 and is currently due on February 2, 2022.

3.   In reviewing the Opening Brief in anticipation of preparing the Reply Brief, counsel for Appellants discovered several incorrect citations to the pages and/or volumes of the appendices or addendum that should be corrected in the record. Exhibit A attached to this Motion is a listing of those errors and the proposed corrections with the erroneous citations highlighted.

4.   Some of the corrections needed are due to the adjustment of the volumes of the Appendices originally filed on August 18, 2021 compared to the revised volumes of the Appendices filed on August 20, 2021.

5.   On November 10, 2020, Counsel for Appellants provided counsel for Appellees a description of most of the corrections reflected on Exhibit A. On January 10, 2021, the balance of the corrections on Exhibit A were supplied to Counsel for Appellee.

6.   This Joint Motion is made solely correct the citation errors identified on Exhibit A, and it is respectfully submitted that no party would be prejudiced by the Court granting the relief requested.

7. Counsel for Appellants has spoken with counsel for the Appellees who indicated that Appellees have no objection to this Motion being granted.

WHEREFORE, Appellants jointly respectfully request that the Court grant this Motion and enter its Order providing guidance as to whether the Court prefers Appellants file a corrected Opening Brief or an Errata Sheet of corrections with their upcoming Reply Brief, or both, and for such other and further relief as the Court may deem just and equitable.

Respectfully submitted,

PAYNE & JONES, CHARTERED
By: /s/ *Mark S. Gunnison*
Mark S. Gunnison, KS #11090
Christopher J. Sherman, KS #20379
11000 King Street
Overland Park, KS 66225
(913) 469-4100
mgunnison@paynejones.com
csherman@paynejones.com
*ATTORNEYS FOR APPELLANT*
*STATE OF KANSAS*

OFFICE OF KANSAS ATTORNEY
GENERAL DEREK SCHMIDT
By: /s/ *Stephen Phillips*
Jeffrey A. Chanay, KS #12056
Stephen Phillips, KS #14130
Brant M. Laue, KS #16857
120 SW 10th Avenue, 2nd FL
Topeka, KS 66612-1597
Phone: (785) 296-2215
jeff.chanay@ag.ks.gov
steve.phillips@ag.ks.gov
brant.laue@ag.ks.gov

*ATTORNEYS FOR APPELLANT*
*STATE OF KANSAS*


FISHER PATTERSON SAYLER &
SMITH, LLP
By: *David R. Cooper*
David R. Cooper, KS #16690
3550 SW 5th Street
Topeka, KS 66601
(785) 232-7761
dcooper@fpsslaw.com
*ATTORNEYS FOR APPELLANT*
*BOARD OF COUNTY COMMISSIONERS*
*OF THE COUNTY OF SUMNER, KANSAS*

TRIPLETT WOOLF GARRETSON, LLC
By: *James A. Walker*
James A. Walker, KS #9037
Tyler E. Heffron, KS #22115
2959 N. Rock Road, Suite 300
Wichita, KS 67226
(316) 630-8100
jawalker@twgfirm.com
theffron@twgfirm.com
*ATTORNEYS FOR APPELLANT*
*CITY OF MULVANE, KANSAS*

HALBERT LAW, L.L.C.
By: *Christopher C. Halbert*
Christopher C. Halbert, KS #24328
112 S. 7th Street
Hiawatha, Kansas 66434-0183
(785) 742-7101
halbert@halblaw.com
*ATTORNEYS FOR APPELLANT*
*SAC AND FOX NATION OF MISSOURI IN*
*KANSAS AND NEBRASKA*

PAYNE & JONES, CHARTERED
By: *Stephen D. McGiffert*
Stephen D. McGiffert, KS #08763
Anna E. Wolf, KS #25810
11000 King Street
Overland Park, Kansas 66225-5625
(913) 469-4100
smcgiffert@paynejones.com
awolf@paynejones.com
*ATTORNEY FOR APPELLANT IOWA TRIBE OF KANSAS AND NEBRASKA*

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of January 2022, I electronically filed the foregoing Motion with the Clerk of the Tenth Circuit Court of Appeals using the CM/ECF system. I certify that that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

s/ *Mark S. Gunnison*

PJ-1035554-v1

# EXHIBIT A
## Corrections to Appellants' Opening Brief

| Page | Citation | Citation as Corrected |
|---|---|---|
| 13 | (*Id.*; App. Vol. X: 37-38); (3; Vol. XI: 191-92.) | (*Id.*; App. Vol. X: 37-38); (Vol. XI: 191-92.) |
| 14 | (. . . Vol. XIII: 1-2, 154-76.) | (. . . Vol. XIII: 1-3, 154-76.) |
| 21 | (*Id.* at 44-45) | (*Id.* at 44-46) |
| 22 | (Vol. IV: 107) | (Vol. VI: 107) |
| 23 | (. . . App. Vol. IV: 51-52; Vol. 60, 63-64; Add. 63-70.) | (. . . App. Vol. IV: 51-52; Add. 63-70.) |
| 30 | (App. Vol. X: 48-50, 143-45; Vol. VIII: 20-21; 59-61,70-78.) | (App. Vol. VII: 95,100, 104; Vol. VIII: 20-21, 49-51, 59-61, 70-78.) |
| 34-35 | (. . . Vol. VIII: 116.) | (Vol. VIII: 1-2.) |
| 35 | (*Id.* at 116.) | (Vol. VIII: 1-2.) |
| 35 | (*Id.* at 95, 104. . .) | (Vol. VII: 95, 104. . . ) |
| 37 fn 9 | (Add. 18-19.) | (Add. 19-20.) |
| 38 | (Add. 7, 19-20.) | (Add. 7, 19-20, 47.) |