No. 21-3097

# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

Kansas, State of et al.,
*Plaintiff-Appellant*,

v.

U.S. Department of Interior, et al.
*Defendants-Appellees*.

On Appeal from the United States District Court
For the District of Kansas
(No. 20-CV-2386-HLT-GEB)
Honorable Holly L. Teeter, District Judge

**MOTION TO WITHDRAW**

Brant M. Laue, Solicitor General, moves the Court pursuant to 10th Cir. R. 46.4 for an order allowing him to withdraw as counsel for Plaintiffs-Appellants. The undersigned is preparing to leave his position with the Office of Kansas Attorney General Derek Schmidt. Mark S. Gunnison will remain as counsel of record for Plaintiffs-Appellants.

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
DEREK SCHMIDT

/s/ Brant M. Laue
Brant M. Laue, #16857
Solicitor General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
Phone: (785) 296-2215
Fax: (785) 291-3875
brant.laue@ag.ks.gov

*Counsel for Plaintiffs-Appellants*

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing on January 5, 2023. I certify that a true and correct copy was mailed to Defendants-Appellees:

Tamara N. Rountree
U.S. Department of Justice
Environment & Natural Resources Division
Ben Franklin Station
P.O. Box 7415
Washington, DC 20044

/s/ Brant M. Laue
Brant M. Laue